UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMEY KENNEDY, Plaintiff, vs. WILLIE ROWE, WAKE COUNTY, and MARIA FUENTES, Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-264-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered October 10, 2023 [D.E. 16] the court GRANTS defendant Wake County's motion to dismiss [D.E. 10] and DISMISSES WITH PREJUDICE Wake County as a defendant.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered May 24, 2024 [D.E. 29] the court GRANTS IN PART defendants' motion to dismiss and DENIES IN PART defendants' motion to dismiss [D.E. 26]. Defendant Rowe is DISMISSED from the action. Plaintiff may proceed with her Fourth Amendment claims under section 1983 against defendant Fuentes. The court DISMISSES all other claims against defendant Fuentes.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to the stipulation of voluntary dismissal filed November 26, 2024 [D.E. 42] the Plaintiff hereby dismisses all her pending claims in their entireties WITHOUT PREJUDICE, with each party bearing their own attorneys' fees and costs, and with this dismissal taking effect immediately upon the filing of this stipulation.

This Judgment filed and entered on November 26, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

| | |
|---|---|
| November 26, 2024 | Peter A. Moore, Jr.<br>Clerk of Court<br><br><br>By: /s/ Stephanie Mann<br> Deputy Clerk |